JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMIKA RIEVES,<br><br>              Plaintiffs,<br><br>     vs.<br><br>CITY OF INGLEWOOD, ET AL.,<br><br>              Defendants. | CASE NO. CV 07-00638-MMM(CWx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within   **45  days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: February 11, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE